**FILED**

OCT 27 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY DONALD STEWART CAMPBELL,<br><br>Defendant. | Case No. 2:21-cr-00206-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOEY DONALD STEWART CAMPBELL</u>

Case No. <u>2:21-cr-00206-TLN</u> Charge from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

  X    (Other): <u>Pretrial conditions as stated on the record in open court.</u>

Issued at Sacramento, California on October 27, 2021 at 2:00 PM

By: _____
        Magistrate Judge Edmund F. Brennan