## SPECIAL CONDITIONS OF RELEASE



FILED
OCT 27 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Re: Campbell, Joey Donald Stewart
No.: 2:21-CR-00206-TLN
Date: October 27, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of defense counsel to prepare for your defense;

13. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

14. You must not access the Internet and you must provide proof of the disconnection or termination of this service at your residence to the pretrial services officer;

15. You must not use or possess a computer, a smartphone, or any device capable of accessing the Internet. Your parents are authorized to each have one password protected smartphone, which you will not have access to;

16. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

17. You must not associate or have any contact directly/indirectly, or through verbal, written, telephonic or electronic means with any person who is under the age of 18, except in the presence of defense counsel, or with prior approval from the Pretrial Services Officer; and,

18. You must not associate or have any contact with any potential victims and/or witnesses, unless in the presence of counsel;

19. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

20. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf; and,

21. Your release on bond will be delayed until October 28, 2021, at 9:00 a.m., at which time you must report directly to the Pretrial Services Office for the installation of the location monitoring equipment. Additionally, the secured bond must be posted within three weeks from the date of your release.