HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOEY DONALD STUART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-206-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOEY DONALD STUART CAMPBELL, | Date:   February 24, 2022<br>Time:   9:30 a.m. |
| Defendant. | Judge:  Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stuart Campbell, that the status conference scheduled for November 18, 2021 at 9:30 a.m. be continued to **February 24, 2022 at 9:30 a.m.**

Defense counsel is awaiting receipt of discovery and therefore needs additional time to review discovery and conduct investigation.  The parties agree that additional time is needed for defense investigation and preparation.  The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: November 9, 2021

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Joey Donald Stuart Campbell

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 9, 2021

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS HEREBY ORDERED** that the status conference is continued to **February 24, 2022, at 9:30 a.m.** The time period between November 18, 2021 and February 24, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 10, 2021

Troy L. Nunley
United States District Judge