HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00206-TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| JOEY DONALD STEWART CAMPBELL, | ) | Date: May 5, 2022 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stuart Campbell, that the status conference scheduled for February 24, 2022 at 9:30 a.m. be continued to **May 5, 2022, at 9:30 a.m.**

Defense counsel needs additional time to review discovery and conduct investigation, including identifying and securing the appropriate experts. The parties agree that additional time is needed for defense investigation and preparation. The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: February 18, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Joey Donald Stewart Campbell

PHILLIP A. TALBERT
United States Attorney

DATED:  February 18, 2022

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the status conference is continued to **May 5, 2022, at 9:30 a.m.** The time period between February 24, 2022, and May 5, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 22, 2022

Troy L. Nunley
United States District Judge

*United States v. Campbell*
Stipulation to Continue S/C

-2-