HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-206-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOEY DONALD STEWART CAMPBELL, | Date:   August 25, 2022 |
| Defendant. | Time:   9:30 a.m. |
| | Judge:  Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stuart Campbell, that the status conference scheduled for May 5, 2022, at 9:30 a.m. be continued to **August 25, 2022, at 9:30 a.m.**

Defense counsel needs additional time to review discovery and conduct investigation, including working with a recently-secured expert to conduct evaluations and obtain a written report of findings.  The parties agree that additional time is needed for defense investigation and preparation.  The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).


Dated: April 28, 2022                          Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Public Defender

                                                          */s/ Megan T. Hopkins*
                                                          MEGAN T. HOPKINS
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          Joey Donald Stewart Campbell


                                                          PHILLIP A. TALBERT
                                                          United States Attorney

DATED:  April 28, 2022                          */s/ Roger Yang*
                                                          ROGER YANG
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff




# O R D E R


   **IT IS HEREBY ORDERED** that the status conference is continued to **August 25, 2022, at 9:30 a.m.**  The time period between May 5, 2022, and August 25, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.


Dated:  April 28, 2022

                                                          _____
                                                          Troy L. Nunley
                                                          United States District Judge

-2-