HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-206-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| JOEY DONALD STEWART CAMPBELL, | ) | Date:  November 17, 2022 |
| Defendant. | ) | Time:  9:30 a.m. |
|  | ) | Judge:  Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stuart Campbell, that the status conference scheduled for August 25, 2022, at 9:30 a.m. be continued to **November 17, 2022, at 9:30 a.m.**

Defense counsel needs additional time to review discovery and conduct investigation, including working with an expert to conduct evaluations and obtain a written report of findings. The parties agree that additional time is needed for defense investigation and preparation.  The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: August 22, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Joey Donald Stewart Campbell

PHILLIP A. TALBERT
United States Attorney

DATED: August 22, 2022

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **November 17, 2022, at 9:30 a.m.** The time period between August 25, 2022, and November 17, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 22, 2022

Troy L. Nunley
United States District Judge