HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEY DONALD STEWART CAMPBELL,<br><br>Defendant. | Case No. 2:21-cr-206-DAD<br><br>STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>Hon. Jeremy D. Peterson |

The defendant, JOEY DONALD STEWART CAMPBELL, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Roger Yang, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Campbell's pretrial release to permit him to attend a musical performance with his mother at the Hard Rock Casino in Wheatland, CA. The parties have conferred with Mr. Campbell's assigned pretrial services officer, who approves of this stipulated modification.

Mr. Campbell has been on pretrial release in this district since October 2021, on a $100,000 secured appearance bond. *See* Dkt. 12. Additionally, Mr. Campbell was appointed a third party custodian: Doreen Bailey. Mr. Campbell is in compliance with all of his conditions of release. One of those conditions of release is location monitoring. Mr. Campbell is subject to home detention, and therefore must remain inside his residence except for pre-approved employment; education; religious services; medical, substance abuse, or mental health treatment;

attorney visits; court appearances; court ordered obligations; or other activities authorized by the pretrial services officer[1].

Mr. Campbell requests, and the parties agree and so stipulate, that his Conditions of Release be temporarily amended to specifically permit him to attend a musical performance at the Hard Rock Casino in Wheatland, CA on October 20, 2022 from 8 p.m. to 11:00 p.m. Given the location of the event, there will be no minors present/permitted within the music venue or casino. Mr. Campbell's mother and third-party custodian will be in attendance with him and will be responsible for driving Mr. Campbell to and from the performance.

Hard Rock Casino is approximately 45 minutes by car from Mr. Campbell's residence. Allowing some additional time for traffic, the parties request a temporary modification of pretrial conditions to permit Mr. Campbell depart his home at 7:00 p.m. on October 20, 2022, and to return home by 11:55 p.m. that same day. Mr. Campbell will be in the company of his third-party custodian during the entire event. Mr. Campbell will return directly to his residence at the conclusion of the performance.

The proposed temporarily amended condition is attached to this request. The parties do not request a hearing in this matter in light of this stipulation.

Respectfully submitted,

DATED: October 19, 2022          HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Megan T. Hopkins*
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for JOEY DONALD STEWART CAMPBELL

---

[1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed essential, with all other activities requiring the approval of the Court.

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

DATED: October 19, 2022                    PHILLIP A. TALBERT

                                            United States Attorney

                                            */s/ Roger Yang*
                                            ROGER YANG
                                            Assistant United States Attorney
                                            Attorney for the United States

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Joey Donald Stewart Campbell, be Temporarily Amended such that he is permitted to depart his residence at 7:00 p.m. on October 20, 2022, to attend a musical performance at Hard Rock Casino in Wheatland, CA and return to his residence no later than 11:55 p.m. on October 20, 2022.  All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

DATED: October 19, 2022

                                            _____
                                            HON. JEREMY D. PETERSON
                                            United States Magistrate Judge

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order