HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br>JOEY DONALD STEWART CAMPBELL,    )<br>                                 )<br>            Defendant.           )<br>                                 )<br>                                 ) | Case No.  2:21-cr-206-DAD<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br><br>Date:  January 24, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stewart Campbell, that a status conference be scheduled in this case for **January 24, 2023, at 9:30 a.m.**

This case was previously set for status conference on November 17, 2022, before the Honorable Troy L. Nunley.  On August 25, 2022, the parties received notice that the case has been reassigned to the Honorable Dale A. Drozd, and the previously set status conference has been vacated.  As of the date of this stipulation there is no future hearing set.  Therefore, the parties request that the matter be scheduled for a status conference on January 24, 2023, at 9:30 a.m.

Defense counsel is concluding its investigation, including working with an expert to conduct a psychological evaluation and obtain a written report of findings which are expected to

1  be relevant to plea negotiations and sentencing proceedings, should the case resolve.  Defense
2  counsel has been advised that the written findings and report are expected to be completed by the
3  expert no later than December 31, 2022.  The parties agree that additional time is needed for
4  defense investigation and preparation.  The requested continuance will provide the defense with
5  additional time necessary to conclude its investigation and confer with the government regarding
6  a resolution of the case.

   The parties agree that the ends of justice served by resetting the status conference date
   outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties
   agree that time is excludable through January 24, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A),
   (B)(iv) (Local Code T4).

Dated: November 17, 2022                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Joey Donald Stewart Campbell


                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED:  November 17, 2022                */s/ Roger Yang*
                                        ROGER YANG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

*United States v. Campbell*                -2-
Stipulation to Set S/C

# **O R D E R**

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that a status conference be set for **January 24, 2023, at 9:30 a.m.**  The time period between November 17, 2022, and January 24, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 17, 2022**         _Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE