HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-206-DAD |
| Plaintiff, | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | |
| JOEY DONALD STEWART CAMPBELL, | Hon. Allison Claire |
| Defendant. | |

The defendant, JOEY DONALD STEWART CAMPBELL, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Roger Yang, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Campbell's pretrial release to permit him to attend a holiday dinner with his mother at the High Steaks Restaurant at Thunder Valley Casino in Lincoln, CA.  The parties have conferred with Mr. Campbell's assigned pretrial services officer, who approves of this stipulated modification.

Mr. Campbell has been on pretrial release in this district since October 2021, on a $100,000 secured appearance bond.  *See* Dkt. 12.  Mr. Campbell is in compliance with all of his conditions of release.  One of those conditions of release is location monitoring.  Mr. Campbell is subject to home detention, and therefore must remain inside his residence except for pre-approved employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities

authorized by the pretrial services officer[1].

Mr. Campbell requests, and the parties agree and so stipulate, that his Conditions of Release be temporarily amended to specifically permit him to attend a holiday dinner with his mother at the High Steaks Restaurant at Thunder Valley Casino in Lincoln, CA on November 26, 2022, from 5:00 p.m. to 8:00 p.m.  Given the location of the event, there will be no minors present/permitted within the restaurant or casino.  Mr. Campbell's mother will be in attendance with him and will be responsible for driving Mr. Campbell to and from the dinner.

Thunder Valley Casino is approximately 30 minutes by car from Mr. Campbell's residence.  Allowing some additional time for traffic, the parties request a temporary modification of pretrial conditions to permit Mr. Campbell depart his home at 4:15 p.m. on Saturday, November 26, 2022, and to return home by 9:00 p.m. that same day.  Mr. Campbell will return directly to his residence at the conclusion of the dinner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed essential, with all other activities requiring the approval of the Court.

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

1    The proposed temporarily amended condition is attached to this request. The parties do

2   not request a hearing in this matter in light of this stipulation.

3

4                                    Respectfully submitted,

5   DATED: November 21, 2022          HEATHER E. WILLIAMS

6                                    Federal Defender

7                                    */s/ Megan T. Hopkins*
                                     MEGAN T. HOPKINS
8                                    Assistant Federal Defender
9                                    Attorney for JOEY DONALD STEWART CAMPBELL

10

11

12   DATED: November 21, 2022          PHILLIP A. TALBERT

13                                    United States Attorney

14                                    */s/ Roger Yang*
                                     ROGER YANG
15                                    Assistant United States Attorney
16                                    Attorney for the United States

17
                              **[PROPOSED] ORDER**
18
19       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

20   Special Conditions of Release for defendant, Joey Donald Stewart Campbell, be Temporarily

21   Amended such that he is permitted to depart his residence at 4:15 p.m. on Saturday, November

22   26, 2022, to attend a holiday dinner with his mother, and to return home by 9:00 p.m. that same

23   day.  All other conditions of pretrial release shall remain in force.

24       The Temporary Amended Special Condition of Release is hereby adopted.

25   DATED: November 21, 2022
26
27                                    ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE
28