HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-206-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JOEY DONALD STEWART CAMPBELL, | Date:   January 24, 2023 |
| Defendant. | Time:   9:30 a.m. |
| | Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stewart Campbell, that the status conference currently scheduled for January 24, 2023, be continued to **March 21, 2023, at 9:30 a.m.**

Defense counsel is concluding its investigation, including working with an expert to obtain a written report of findings which are expected to be relevant to plea negotiations and sentencing proceedings, should the case resolve.  The defense was recently advised that the report will be completed by February 17, 2023.  The parties agree that additional time is needed for defense investigation and preparation.  The requested continuance will provide the defense

1   with additional time necessary to conclude its investigation and confer with the government

2   regarding a resolution of the case.

3         The parties agree that the ends of justice served by resetting the status conference date

4   outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties

5   agree that time is excludable through March 21, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A),

6   (B)(iv) (Local Code T4).

8   Dated: January 18, 2023                        Respectfully submitted,

9                                                   HEATHER E. WILLIAMS
Federal Public Defender

11                                                  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Joey Donald Stewart Campbell

14                                                  PHILLIP A. TALBERT
United States Attorney

16  Dated:  January 18, 2023                      */s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing the status conference previously scheduled for January 24, 2023 is hereby continued to **March 21, 2023, at 9:30 a.m.** The time period between January 24, 2023, and March 21, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. No further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **January 19, 2023**

UNITED STATES DISTRICT JUDGE