1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: 916-498-5700
5  Fax: 916-498-5710

6  Attorney for Defendant
   JOEY DONALD STEWART CAMPBELL

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  2:21-cr-206-DJC
                                       )
12                 Plaintiff,          )  STIPULATION AND ORDER TO
                                       )  SCHEDULE STATUS CONFERENCE AND
13  v.                                 )  EXCLUDE TIME
                                       )
14  JOEY DONALD STEWART CAMPBELL,      )  Date:  March 21, 2024
                                       )  Time:  9:30 a.m.
15                 Defendant.          )  Judge:  Hon. Daniel J. Calabretta
                                       )
16                                     )

17

18          **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Assistant

20  Federal Defender Megan T. Hopkins, counsel for defendant Joey Donald Stewart Campbell, that

21  a status conference be scheduled for **March 21, 2024 at 9:00 a.m.**

22          This matter was reassigned to the Honorable Daniel J. Calabretta and all prior hearings

23  were vacated by minute order.  The parties were directed to meet and confer to put the matter

24  before the Court on a mutually convenient date.  Although there was some delay due to the

25  oversight of the parties in promptly scheduling this matter, the parties have now conferred and

26  agree that a hearing on March 21, 2024 will permit sufficient time for the defense to conclude

27  discovery review and to allow the parties to engage in plea negotiations in anticipation of

28  converting the upcoming hearing to a change of plea.

1       The parties agree that the ends of justice served by setting the status conference date on

2   March 21, 2024 outweigh the best interest of the public and the defendant in a speedy trial.

3   Therefore, the parties agree that time is excludable from January 19, 2024, through March 21,

4   2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

5

6   Dated: January 19, 2024                         Respectfully submitted,

7                                                   HEATHER E. WILLIAMS
                                                    Federal Public Defender
8
                                                    */s/ Megan T. Hopkins*
9                                                   MEGAN T. HOPKINS
                                                    Assistant Federal Defender
10                                                  Attorney for Defendant
                                                    Joey Donald Stewart Campbell
11

12                                                  PHILLIP A. TALBERT
                                                    United States Attorney
13

14  Dated:  January 19, 2024                         */s/ Roger Yang*
15                                                  ROGER YANG
                                                    Assistant United States Attorney
16                                                  Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

# O R D E R

2

3       **IT IS HEREBY ORDERED** that a status conference be scheduled for **March 21, 2024,**

4  **at 9:00 a.m.**  The time period between January 19, 2024, and March 21, 2024, is excluded under

5  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of

6  justice served by granting the continuance outweigh the best interest of the public and the

7  defendant in a speedy trial.

8

9  Dated:  January 19, 2024                    /s/ Daniel J. Calabretta
10                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28