HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-206-DJC |
| Plaintiff, | [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| JOEY DONALD STEWART CAMPBELL, | Hon. Jeremy D. Peterson |
| Defendant. | |

[PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Joey Donald Stewart Campbell, be Temporarily Amended such that he is permitted to travel in the company of Doreen Bailey to Los Angeles, California, leaving his residence no earlier than 8:00 a.m. on July 5, 2024, in order to attend a baseball game at Dodgers Stadium at 7:10 p.m. on the same day. Mr. Campbell is further permitted to stay overnight in a room shared with Doreen Bailey at a hotel in the Los Angeles area, and must return directly to his residence by no later than 5:00 p.m. on July 6, 2024. Ms. Bailey is to provide the name and address of the hotel reservation to the pretrial services officer prior to departing for the trip. All other conditions of pretrial release shall remain in force.

IT IS SO ORDERED.

Dated:   July 3, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE