HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Megan_hopkins@fd.org

Attorneys for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00206 |
| Plaintiff, | **ORDER** |
| vs. | |
| JOEY DONALD STEWART CAMPBELL, | Date: October 3, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A to Mr. Campbell's Sentencing Memorandum regarding protected material be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  September 30, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE