HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOEY DONALD STEWART CAMPBELL, <br><br> Defendant. | Case No.  2:21-cr-206-DJC <br><br> STIPULATION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER <br><br> Judge: Hon Sean C. Riordan |

The defendant, JOEY DONALD STEWART CAMPBELL, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Roger Yang, hereby stipulate to and request an order from this Court modifying the conditions of Mr. Campbell's pretrial release to replace the condition of location monitoring: curfew with **"location monitoring technology as directed by the pretrial services officer"**.  Mr. Campbell's assigned pretrial services officer has requested this stipulated modification in order to allow Pretrial Services to switch Mr. Campbell over to a GPS monitor and permit his travel to the Central District of CA on January 5, 2025, for the purpose of his self-surrender to custody for the service of his sentence on January 6, 2025.

Mr. Campbell has been on pretrial release in this district since October 2021, on a $100,000 secured appearance bond.  *See* Dkt. 12.  Mr. Campbell is in compliance with all of his conditions of release.  One of those conditions of release is location monitoring.  Mr. Campbell is currently subject to curfew.  At the time of his sentencing hearing, Mr. Campbell was ordered

to self-surrender at the designated BOP facility for service of his custodial sentence on January 6, 2025. BOP has designated Terminal Island, in the Central District of CA, as the facility where Mr. Campbell must self-surrender.

The Pretrial Services Officer has requested that Special Condition # 19 be modified to state:

> "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **location monitoring technology as directed by the pretrial services officer**. You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer."

The parties agree that this modification is appropriate, so as to provide the Pretrial Services Officer with the discretion to approve transferring Mr. Campbell to the GPS monitoring program and permitting him to travel to the Central District on January 5, 2025, where he will stay overnight in a hotel with his mother, before self-surrendering on January 6, 2025 at Terminal Island.

The parties further stipulate that the Court order include instructions that Mr. Campbell is required to self-surrender on 1/6/2025 in the Central District of CA; therefore, he will be traveling to that district on 1/5/2024 (overnight travel) and will spend the night at a local hotel in the Central District prior to his self-surrender. With the assistance of his mother, Mr. Campbell has already provided his hotel booking information to his Pretrial Services Officer. Following his self-surrender on January 6, 2025, Mr. Campbell's mother will be required to collect the location monitoring equipment (the charger and the ankle transmitter) and return them to the Pretrial Services Office in the Eastern District of CA upon her return from travel.

/ / /

/ / /

/ / /

The parties do not request a hearing in this matter in light of this stipulation.

DATED: December 27, 2024

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for JOEY DONALD STEWART CAMPBELL

DATED: December 27, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for the United States

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Condition of Release #19 for defendant, Joey Donald Stewart Campbell, is hereby amended to:

"You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **location monitoring technology as directed by the pretrial services officer**. You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer."

It is FURTHER ORDERED that Mr. Campbell shall self-surrender on 1/6/2025 in the Central District of CA; therefore, he may travel to that district on 1/5/2024 (overnight travel) and spend the night at a local hotel in the Central District of CA as approved in advance by the Pretrial Services Officer. Following his self-surrender on January 6, 2025, Mr. Campbell's mother shall collect the location monitoring equipment (the charger and the ankle transmitter) and return them to the Pretrial Services Office in the Eastern District of CA upon her return from travel.

All other conditions of pretrial release shall remain in force.

Dated: December 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE