HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JOEY DONALD STEWART CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOEY DONALD STEWART CAMPBELL,<br>Defendant. | Case No. 2:21-cr-00206-DJC<br>**UNOPPOSED REQUEST TO EXONERATE PROPERTY BOND; [~~PROPOSED~~] ORDER**<br>Hon. Allison Claire |

IT IS HEREBY REQUESTED that the secured property bond involving the residence owned by Paul Bailey and Doreen Bailey, as ordered by Magistrate Judge Edmund F. Brennan to secure Mr. Campbell's pretrial release, be ordered exonerated in light of the facts as presented below.

After a hearing on October 27, 2021, Magistrate Judge Edmund F. Brennan ordered Mr. Campbell be released on a $100,000 bond secured by real property owned by Paul Bailey and Doreen Bailey. *See* Dkt. 6. On December 20, 2021, the collateral was received by the court, consistent with the court's order. *See* Dkt. 13.

On October 3, 2024, this Court sentenced Mr. Campbell to a 57-month term of imprisonment, to be followed by 120-month period of supervised released. *See* Dkt. 64. Accordingly, Mr. Campbell requests the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the sureties, Paul Bailey and Doreen Bailey.

Undersigned counsel communicated by email with government counsel, Assistant U.S. Attorney Roger Yang, who confirmed that the government has no opposition to this request.

Date: November 4, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for Mr. Campbell

**[~~PROPOSED~~] ORDER**

The Court hereby grants the request to exonerate the $100,000 bond posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to exonerate the property bond in the above-captioned case and reconvey the property to sureties. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the property owners.

**IT IS SO ORDERED.**

Dated: November 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE